Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

PETER J. HABERKORN, as a Creditor of and on Behalf of the Estate of RALPH A. FREUNDLICH, Deceased, Respondent, v. GUSSIE PHILLIPS, Appellant.— Pres-
ent — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ.

■

JOHN F. KELLY, Respondent, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— No opinion. Pres-
ent — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

SOLICITOR FOR THE AFFAIRS OF HIS MAJESTY'S TREASURY, Respondent, v. BANKERS TRUST COMPANY OF NEW YORK, Defendant. ROBERT W. MAITLAND-TENNENT, Appellant.—
Present — Glennon, J. P., Dore, Cohn and Shientag, JJ.; Shientag, J., dissents and votes to affirm. Settle order on notice. [199 Misc. 498.] [See post, p. 733.]

■

In the Matter of RAY SALES CO., INC., Respondent. CELKA STORE FIXTURE Co. INC., Appellant.—